# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NAGA SATYA VINEELA DEVI MAVURI, <br><br> Plaintiff, <br><br> v. <br><br> KALYAN SAMUDRALA, <br><br> Defendant. | C22-1690 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's application to proceed *in forma pauperis*, docket no. 3, is GRANTED. The Clerk is DIRECTED to docket the complaint and issue summons.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of December, 2022.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1